NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**NASSAR GROUP INTERNATIONAL N.G.I. S.A.L. (OFFSHORE) R.C., dba NGI Afghanistan for Contracting,**
*Appellant*

**v.**

**SECRETARY OF THE ARMY,**
*Appellee*

———————————

2023-1479

———————————

Appeal from the Armed Services Board of Contract Appeals in No. 58451, 59465, 59701, Administrative Judge Richard Shackleford, Administrative Judge James R. Sweet, Administrative Judge J. Reid Prouty.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    NASSAR GROUP INTERNATIONAL v. SECRETARY OF THE ARMY

(2)  Each side shall bear their own costs.

FOR THE COURT

July 26, 2023
        Date                                     /s/ Jarrett B. Perlow
                                                 Jarrett B. Perlow
                                                 Clerk of Court

**ISSUED AS A MANDATE:** July 26, 2023